UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RAY ARMIJO,

    Petitioner,

  v.

EDWARD BORLA, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. 8:24-cv-00719-CV-AYP

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), and all of the records herein, including the January 12, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that the Petition is denied, and this action is dismissed with prejudice.

1

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

DATED:   4/2026

_Cynthia Valenzuela_

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE