JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RAY ARMIJO,                    ) Case No. 8:24-cv-00719-CV-AYP
                 Petitioner,              )
          v.                                )  JUDGMENT
                            )
EDWARD BORLA, Warden,          )
              Respondent.            )

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED:  ___4/20/26_____

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE